**Order filed October 18, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00580-CV
_____

### KAREN WAKEFIELD, Appellant

### V.

### BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2013-05157A**

## O R D E R

Appellant's brief was due September 28, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 17, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM